# Notice Recipients

District/Off: 0752−1 User: admin Date Created: 8/21/2026
Case: 26−13793 Form ID: 309A Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Juan Jose Perez Arjona 724 Briar Hill Ln Apt 2 Addison, IL 60101 |
| tr | Gus A Paloian Seyfarth, Shaw, Et Al 233 S. Wacker Drive Suite 8000 Chicago, IL 60606 |
| aty | John C Ruddy Ruddy & Petersen Law Group, LLC 2631 Ginger Woods Parkway Suite 101 Aurora, IL 60502 |
| 32220241 | ABSM LLC d/b/a Coastal Debt Resolve 6700 N. Andrew Fort Lauderdale, FL 33309 |
| 32220242 | Ally Financial P.O Box 380901 Minneapolis, MN 55438 |
| 32220243 | App Funding Beta LLC. 29 W 36th St. New York, NY 10018 |
| 32220244 | Apple Card PO Box 7247 Philadelphia, PA 19170 |
| 32220250 | CRC Recovery 254 SW 9th St. Dania Beach, FL 33004 |
| 32220245 | Capital One PO Box 4069 Carol Stream, IL 60197 |
| 32220246 | CitiCards PO Box 790046 Saint Louis, MO 63179 |
| 32220247 | Clover Capital, LLC. 5601 Corporate Way, Suite 320 West Palm |
| 32220248 | Coastal Debt Resolve 6700 N. Andrews Ave. Ste 500 Fort Lauder |
| 32220249 | Concora Credit PO Box 4477 Beaverton, OR 97076 |
| 32220251 | Credit One Bank PO Box 98873 Las Vegas, NV 89193 |
| 32220252 | Discover PO Box 6103 Carol Stream, IL 60197 |
| 32220253 | Liberis US Inc. 600 Peachtree St. NE Suite 840 Atlanta, GA 30308 |
| 32220254 | McKenzie Capital LLC. 3390 Mary Street Suite 216 Miami FL 22122 |
| 32220255 | NBF Fund Inc. 16400 W. Dixie Hwy PO Box 600022 North Miami Beach, FL 33160 |
| 32220256 | Purple Tree Funding LLC. 6451 N. Federal Hwy #1202 Fort Lauderal, FL 33308 |
| 32220257 | Richard James Croughan, Esq. 210 Main St. Goshen, NY 10924 |
| 32220258 | US Bank PO Box 790408 Saint Louis, MO 63179 |

TOTAL: 21